IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES MARTIN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                          CASE NO. 1D14-4616

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed January 22, 2015.

An appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Charles Martin, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.